■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KASIB SHAMSIDDEEN, Also Known as KASID SHAMSIDDEEN, Also Known as TITUS SHAMSIDDEEN, Appellant. [992 NYS2d 902]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 22, 2012 (*People v Shamsiddeen*, 98 AD3d 694 [2012]), affirming a judgment of the County Court, Dutchess County, rendered February 22, 2010.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dickerson, J.P., Leventhal, Chambers and Hall, JJ., concur.